# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

Via E-Mail and ECF

October 22, 2020

The Honorable Andrew E. Krause
Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    United States v. Robert Grieser
             19 mj 09375

*Application granted.*
*SO ORDERED.*
*Andrew Krause*
*U.S.M.J.*
*10/22/2020*

Dear Honorable Krause:

      I hope you are well.  I represent Robert Grieser in the above referenced matter.  I am writing to respectfully ask that you temporarily modify the terms of Mr. Grieser's release so that he may travel to Pennsylvania on Saturday, October 24, 2020.  The purpose of this trip is to allow Mr. Grieser to retrieve personal belongings that are in storage in Pennsylvania.

      As background, Mr. Grieser was arrested on October 17, 2019 and charged with theft of government funds under 18 U.S.C. § 641 and 2.  Mr. Grieser was released on bond that same day.  Under the terms of the bond, Mr. Grieser is only permitted in the southern district of New York and in the district of New Jersey.  Mr. Grieser lives in New Jersey but before his arrest he lived in Bird in Hand, Pennsylvania.  Mr. Grieser still has items in storage in Bird in Hand and he would like to retrieve them.  I therefore ask that the terms of his release be temporarily modified so that he may travel to Bird in Hand, Pennsylvania on Saturday, October 24, 2020.

      I have spoken to AUSA Christopher Brumwell and he does not object to this request.  Additionally, I have communicated with Jessica Killian from Pretrial Services and Pretrial Services has no objection to this request.  Ms. Killian also informed me that Mr. Grieser has been compliant with the terms of his release.

      Thank you very much for your consideration.

                                        Sincerely,

                                         Benjamin Gold

cc:  AUSA Christopher Brumwell